In the Matter of PATRICK J. KANE, JR., Appellant; JOHN A. BIGLIN et al., Respondents.

In the Matter of PATRICK J. KANE, JR., Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents.

(Argued March 20, 1936; decided March 20, 1936.)

*Sidney S. Levine* for appellant.

*Paul Windels, Corporation Counsel* (*Seymour B. Quel, Paxton Blair* and *Russell Lord Tarbox* of counsel), for the Board of Elections of the City of New York, respondent.

*Karl Propper* and *Samuel W. Phillips* for John A. Biglin et al., respondents.

In each proceeding, order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.